Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
MADELINE PICHARDO,                          :
                                            :           ELECTRONICALLY FILED
              Plaintiff,                    :
                                            :           07 CV 6630 (LTS) (MHD)
       - against -                          :
                                            :
SANFORD BROWN INSTITUTE/                    :
CAREER EDUCATION CORP.,                     :
                                            :
              Defendant.                    :
------------------------------------------------------x

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sanford Brown Institute, incorrectly identified in the Complaint as "Sanford Brown Institute/Career Education Corp.," certifies that Sanford Brown Institute--White Plains is held by Ultrasound Technical Services, Inc. (a New York corporation), which is wholly owned by Marlin Acquisition Corp. (a Florida corporation).   The undersigned counsel for Defendant Sanford Brown Institute further certifies that Marlin Acquisition Corp. is a wholly owned subsidiary of

Career Education Corporation (a Delaware corporation) and that no publicly held company owns 10% or more of Career Education Corporation's stock.

Dated: New York, New York
August 27, 2007

                        MORGAN, LEWIS & BOCKIUS LLP

                        By:    **/s/ Jennifer Hein**
                                Jennifer Hein (JH-3393)

                                101 Park Avenue
                                New York, New York 10178
                                (212) 309-6000

                                ATTORNEYS FOR DEFENDANT
                                SANFORD BROWN INSTITUTE