Swain, J

Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: OCT 1 7 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
MADELINE PICHARDO                          :
                                           :
                  Plaintiff,               :     07 CV 6630 (LTS) (MHD)
                                           :
        - against -                        :
                                           :
SANFORD BROWN INSTITUTE/                   :
CAREER EDUCATION CORP.                     :
                                           :
                  Defendant.               :
---------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and on the merits and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

By: _____
Paul Cisternino (PC-0317)

Law Office of Paul Cisternino, P.C.
16 Briarbrook Road
Ossining, New York 10562
(914) 330-1527

By: _____
Jennifer Hein (JH-3393)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6685

SO ORDERED:

_____ 10/17/07
Laura Taylor Swain, U.S.D.J.

7